UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-HC-887-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 98cr357 |
| v. | ) ORDER |
| | ) |
| RUSSELL EUGENE WESTON | ) |
| | ) |

FILED
AUG 1 6 2005
FRED L. BORCH III, CLERK
U.S. DISTRICT COURT, EDNC
BY _____ DEP. CLK

FILED
AUG 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On 15 August 2005, this court held a hearing, via video-conference technology, on the government's motion to determine the respondent's present mental condition pursuant to 18 U.S.C. § 4246, and for release of respondent's medical records. For the reasons stated in open court, the court finds, by clear and convincing evidence, that the respondent is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another. It is hereby ORDERED that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

With regard to the release of respondent's medical records, the government's motion is ALLOWED IN PART. Respondent's records may be released only to such institutions (and necessarily, to such persons within or affiliated with those institutions who make admission decisions) to which the government would be willing to release respondent while his criminal charges are pending.

Finally, because respondent was sent to this district by order of the District of Columbia under 18 U.S.C. § 4241(d), having been charged with a crime or crimes by that court, the Clerk is further DIRECTED to send a copy of this order to the Clerk of Court for the District of

Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001.

This __15__ August 2005.

                                                W. EARL BRITT
                                                Senior United States District Judge

usa/rew/tec

I certify the foregoing to be a true and correct copy of the original.
Fred L. Borch III, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk